

**SO ORDERED.**

Dated: February 14, 2022

_Madeleine C. Wanslee_
Madeleine C. Wanslee, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| HOPKINS, WILLIAM ROBERT, JR.<br>HOPKINS, CONNIE ANN | ) | Case No. 17-03789 |
| Debtor(s). | ) | ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS HEREBY ORDERED that the Trustee pay over the amount $90,954.02 to the Clerk of the Court to pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE